ACKER, KOWALICK & WHIPPLE
A Professional Corporation
STEPHEN ACKER, State Bar No. 64996
LESLIE ANNE BURNET, State Bar No. 134719
600 North Grand Avenue
Los Angeles, California 90012
Phone: (213) 687-3933
Fax:    (213) 626-3561

Attorneys for Defendant and Cross-Claimant
**VF IMAGEWEAR, INC.**, named herein as
BULWARK PROTECTIVE APPAREL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BUCKNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>E.I. du PONT de NEMOURS and COMPANY;<br>BULWARK PROTECTIVE APPAREL;<br>AMERIPRIDE UNIFORM SERVICES; and<br>DOES 1 - 100, Inclusive,<br><br>　　　　Defendants.<br>_____<br>VF IMAGEWEAR, INC.,<br><br>　　　　Cross-Claimant,<br><br>　　vs.<br><br>AMERIPRIDE UNIFORM SERVICES, and<br>DOES 1 through 30, Inclusive,<br><br>　　　　Cross-Defendants.<br>_____ | Case No.: **1:05-CV-00156-AWI-SMS**<br>(Complaint filed: December 7, 2004)<br><br>**STIPULATION TO EXTENSION OF TIME FOR FILING RESPONSE TO CROSS-CLAIM OF SPRINGFIELD LLC** |

　　　　IT IS HEREBY STIPULATED by and between cross-defendant and cross-claimant SPRINGFIELD LLC and defendant, cross-claimant, and cross-defendant VF IMAGEWEAR, INC. that VF IMAGEWEAR, INC. may have an additional thirty days within which to file a response to the cross-claim of SPRINGFIELD LLC herein.

- 1-

| | | |
|---|---|---|
| 1 | DATED: April 27, 2005 | ACKER, KOWALICK & WHIPPLE<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>STEPHEN ACKER<br>Attorneys for Defendant and Cross-Claimant |
| 5 | | **VF IMAGEWEAR, INC.**, named herein as<br>BULWARK PROTECTIVE APPAREL |
| 6 | | |
| 7 | DATED: April ___, 2005 | MUHAR, ROBERTS, FAMA, KRAMER &<br>MONTY |
| 8 | | |
| 9 | | |
| 10 | | By: _____<br>GEORGE MUHAR<br>Attorneys for Cross-Defendant |
| 11 | | SPRINGFIELD LLC |

### ORDER

The stipulation of the parties having been considered, and good cause appearing therefor, IT IS SO ORDERED.

**Dated:   May 26, 2005**            **/s/ Anthony W. Ishii**
0m8i78                               UNITED STATES DISTRICT JUDGE

- 2 -