1   Lyle F. Greenberg, Esq. SB# 110620
    Michael M. Hernandez, Esq. SB #123132
2   LAW OFFICES OF LYLE F. GREENBERG
    6320 Canoga Avenue
3   Suite 1400 - Trillium Tower East
    Woodland Hills, CA 91367-2562
4   Tel: (818) 884-5100
    Fax: (818) 884-5288
5
    Attorneys for Plaintiff, DONALD BUCKNER
6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9
    DONALD BUCKNER,                    )   CASE NO. 1:05-CV-00156-AWI-SMS
10                                      )   (Complaint filed December 7, 2004)
               Plaintiff,              )
11                                      )   STIPULATION AND ORDER CONTINUING
    v.                                  )   EXPERT DISCLOSURE DATES
12                                      )
    E.I.  du  PONT  de  NEMOURS  and )
13  COMPANY  (no  longer  a  party);  VF )
    IMAGEWEAR,  INC.  formerly  known  as )
14  BULWARK  PROTECTIVE  APPAREL; )
    AMERIPRIDE   SERVICES,   INC.   dba )
15  AMERIPRIDE   UNIFORM   SERVICES; )
    SYSWA INCORPORATED formerly known )
16  as WASHING SYSTEMS, INC.; WASHING )
    SYSTEMS, LLC; and  SPRINGFIELD LLC )
17                                      )
               Defendants.             )
18  _____ )
                                        )
19   AND RELATED CROSS-ACTIONS          )
    _____ )
20

21          WHEREAS, the destructive testing of the lab coat and exemplar lab coats is to be completed

22  by March 31, 2006;

23          WHEREAS,  Plaintiff is required to disclose experts on or before April 21, 2006;

24          WHEREAS, Defendants are required to disclose experts on or before May 23, 2006;

25          WHEREAS, the parties are required to disclose supplemental experts on or before June 7,

26  2006;

27          WHEREAS, all discovery pertaining to experts is to be completed on or before June 27,

28  2006;

1    WHEREAS, an inspection of the lab coats has occurred and the experts of the respective

2    parties have taken samples; and

3    WHEREAS, Defendants' retained expert has become ill resulting in Defendants' request to

4    continue the destructive testing date (March 31, 2006) for thirty days; and

5    WHEREAS, Plaintiff's counsel has requested that the expert deadlines be continued for thirty

6    days in view of the motion by VF IMAGEWEAR, INC. formerly known as BULWARK

7    PROTECTIVE APPAREL to file a cross-action against E.I. du PONT de NEMOURS and

8    COMPANY and the continuance of the destructive testing dates.

9    IT IS HEREBY STIPULATED by and between Plaintiff DONALD BUCKNER and

10   Defendants VF IMAGEWEAR, INC. formerly known as BULWARK PROTECTIVE APPAREL;

11   AMERIPRIDE SERVICES, INC. dba AMERIPRIDE UNIFORM SERVICES,  SPRINGFIELD

12   LLC; and WASHING SYSTEMS, LLC.,  by and through their designated counsel as follows:

13   1.    The destructive testing of the lab coat and exemplar lab coats shall be completed by

14   May 1, 2006.

15   2.    Plaintiff shall disclose experts on or before May 22, 2006;

16   3.    Defendants shall disclose experts on or before June 22, 2006;

17   4.    The parties shall disclose supplemental experts on or before July 7, 2006.

18   5.    The parties shall complete all discovery pertaining to experts on or before July 27,

19   2006.

20   Dated: April 5, 2006                    LAW OFFICES OF LYLE F. GREENBERG

21

22                                           BY:  /s/ Lyle F.  Greenberg
                                                  Lyle F. Greenberg
23                                                Attorneys for Plaintiff

24   Dated: April 5, 2006                    FORD, WALKER, HAGGERTY & BEHAR

25

26                                           BY: /s/ DeAnn Flores Chase
                                                 James D. Savage, Esq.
27                                                DeAnn Flores Chase, Esq.
                                                  Attorneys for Defendant VF Imagewear, Inc.
28                                                formerly Bulwark Protective Apparel

STIPULATION EXTENDING DESTRUCTIVE TESTING AND EXPERT DISCOVERY/DISCLOSURE DATES

1     Dated: April 6, 2006                   ACKER, KOWALICK & WHIPPLE

2

3                                         BY: /s/ Leslie Anne Burnet for

4                                             Stephen Acker, Esq.
                                            Attorneys for Defendant Ameripride Services,
                                            Inc. dba Ameripride Uniform Services

5

6     Dated: April 5, 2006                   MUHAR, ROBERTS, FAMA, KRAMER & MONTY

7

8                                          BY:  /s/ George Muhar

9                                          George  Muhar, Esq.
                                         Attorneys for Defendant

10                                          Springfield, LLC

11     Dated: April 5, 2006                   LAW OFFICES OF SAMUEL GRADER

12

13                                          BY: /s/ Samuel Grader

14                                          Samuel Grader, Esq.
                                         Attorneys for Defendant

15                                          Washing Systems, LLC

16                                        **ORDER**

17       Pursuant to the Stipulation of the Parties and Good Cause Appearing therefor,

18       IT IS HEREBY ORDERED AND THE SCHEDULING CONFERENCE ORDER DATED

19 December 12, 2005 (date handwritten on orig), IS AMENDED AS FOLLOWS:

20     *Discovery*

21       1.      The destructive testing of the lab coat and exemplar lab coats shall be completed by

22 May 1, 2006.

23       2.       The parties are ordered to complete all discovery pertaining to experts on or before

24 July 27, 2006.

25       3.      Plaintiff is directed to disclose all expert witnesses, in writing, on or before

26 May 22, 2006.  Defendants are to disclose all expert witnesses, in writing, on or before June 22,

27 2006.  The parties are directed to disclose all supplemental expert witnesses, in writing, on or before

28 July 7, 2006.

1      The written designation of experts **shall be made pursuant to F.R.Civ.P. Rule 26(a)(2), (A)**

2   **and (B), and shall include all information required thereunder.**  Failure to designate experts in

3   compliance with this Order may result in the court excluding the testimony or other evidence offered

4   through such experts that were not disclosed pursuant to this Order.

5      The provisions of Fed.R.Civ.P. 26(b)(4) shall apply to all discovery relating to experts and

6   their opinions.  Experts must be fully prepared to be examined on all subjects and opinions included

7   in the designation.  Failure to comply will result in the imposition of sanctions, which may include

8   striking the expert designation and preclusion of expert testimony.

9
10   IT IS SO ORDERED.

11   **Dated:    April 11, 2006**                    **_/s/ Sandra M. Snyder_**
     icido3                                    UNITED STATES MAGISTRATE JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING DESTRUCTIVE TESTING AND EXPERT DISCOVERY/DISCLOSURE DATES