JAMES D. SAVAGE, Esq. (143936)
DeANN FLORES CHASE, Esq. (183937)
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, 27th Floor
Long Beach, CA  90831-2700
(562) 983-2585; (562) 590-3541 fax

Attorneys for Defendant/Cross-Claimant/Cross-Defendant
AMERIPRIDE SERVICES, INC., doing business as AMERIPRIDE UNIFORM SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BUCKNER,<br><br>    Plaintiff,<br><br>        v.<br><br>E.I. du PONT de NEMOURS and COMPANY, et al.,<br><br>    Defendants.<br>_____)<br><br>AND RELATED CROSS-ACTIONS.<br>_____) | No. 1:05-CV-00156-AWI-SMS<br>Complaint Filed: 12/6/04<br>PTC Date: 8/4/06<br>Trial Date: 9/19/06<br>District Court Judge:<br>Anthony W. Ishii |

**STIPULATION AND ORDER RE SHORTENED NOTICE OF AMERIPRIDE SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

   WHEREAS AMERIPRIDE SERVICES, INC., doing business as AMERIPRIDE UNIFORM SERVICES, ("AMERIPRIDE") reached a settlement with plaintiff DONALD BUCKNER on April 11, 2006;

   WHEREAS the motions for determination of good faith settlement filed on behalf of SPRINGFIELD, LLC and WASHING SYSTEMS are set

for hearing on May 8, 2006 at 1:30 p.m. in Courtroom 3 of the above-entitled Court;

IT IS HEREBY STIPULATED by and between AMERIPRIDE and the remaining parties herein, by and through their designated counsel, as follows:

That the motion for determination of good faith settlement filed on behalf of AMERIPRIDE on April 13, 2006 be heard on shortened notice concurrently with the motions for determination of good faith settlement filed by SPRINGFIELD, LLC and WASHING SYSTEMS on May 8, 2006 at 1:30 p.m. in Courtroom 3 of the above-entitled Court.

DATED: April ____, 2006
    LAW OFFICES OF LYLE F. GREENBERG

    By: _____
    LYLE F. GREENBERG
    MICHAEL M. HERNANDEZ
    Attorneys for Plaintiff
    DONALD BUCKNER

DATED: April ____, 2006
    ACKER, KOWALICK & WHIPPLE

    By: _____
    LESLIE ANNE BURNET
    Attorneys for Defendant/Cross-Claimant/Cross-Defendant
    VF IMAGEWEAR, INC.

DATED: April ____, 2006
    MUHAR, ROBERTS, FAMA, KRAMER & MONTY

    By: _____
    GEORGE MUHAR
    Attorneys for Cross-Defendant/Cross-Claimant SPRINGFIELD LLC

///

DATED: April ____, 2006
                                    LAW OFFICES OF SAMUEL G. GRADER

                          By: _____
                                    SAMUEL G. GRADER
                                    CHRISTIAN B. GREEN
                                    Attorneys for Defendant
                                    WASHING SYSTEMS

DATED: April ____, 2006
                                    FORD, WALKER, HAGGERTY & BEHAR

                          By: _____
                                    JAMES D. SAVAGE
                                    DeANN FLORES CHASE
                                    Attorneys for Defendant/Cross-
                                    Claimant/Cross-Defendant AMERIPRIDE
                                    SERVICES, INC., doing business as
                                    AMERIPRIDE UNIFORM SERVICES


\* \* \* \* \* \*

## **ORDER**

    Pursuant to the stipulation of the parties and good cause appearing therefor,

    IT IS HEREBY ORDERED THAT THE MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT FILED ON BEHALF OF AMERIPRIDE SERVICES, INC., doing business as AMERIPRIDE UNIFORM SERVICES BE HEARD ON MAY 8, 2006 AT 1:30 P.M. IN COURTROOM 3 OF THIS COURT.

IT IS SO ORDERED.

**Dated:   April 28, 2006**               **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE