Lyle F. Greenberg, Esq. SB# 110620
Michael M. Hernandez, Esq. SB #123132
LAW OFFICES OF LYLE F. GREENBERG
6320 Canoga Avenue
Suite 1400 - Trillium Tower East
Woodland Hills, CA 91367-2562
Tel: (818) 884-5100
Fax: (818) 884-5288

Attorneys for Plaintiff, DONALD BUCKNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BUCKNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>E.I. du PONT de NEMOURS and COMPANY (no longer a party); VF IMAGEWEAR, INC. formerly known as BULWARK PROTECTIVE APPAREL; AMERIPRIDE SERVICES, INC. dba AMERIPRIDE UNIFORM SERVICES; SYSWA INCORPORATED formerly known as WASHING SYSTEMS, INC.; WASHING SYSTEMS, LLC; and SPRINGFIELD LLC<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-ACTIONS<br>_____ | CASE NO. 1:05-CV-00156-AWI-SMS<br>(Complaint filed December 7, 2004)<br><br>STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURE AND DISCOVERY DATES |

WHEREAS, Plaintiff has settled with Defendants SPRINGFIELD, LLC; AMERIPRIDE SERVICES, INC. dba AMERIPRIDE UNIFORM SERVICES; and WASHING SYSTEMS, LLC.

WHEREAS, said Defendants filed Motions for Determination of Good Faith Settlement which were heard on May 8, 2006, and granted by the Hon. Anthony W. Ishii on May 12, 2006;

WHEREAS, the remaining parties are presently engaged in settlement negotiations and wish to explore the possibility of resolution without incurring any additional expert fees;

WHEREAS, Plaintiff is required to disclose experts on or before May 22, 2006;

WHEREAS, Defendants are required to disclose experts on or before June 22, 2006;

1     WHEREAS, the parties are required to disclose supplemental experts on or before July 7, 2006;

3     WHEREAS, all discovery pertaining to experts is to be completed on or before June 27, 2006;

5     IT IS HEREBY STIPULATED by and between Plaintiff DONALD BUCKNER and the remaining Defendant VF IMAGEWEAR, INC. formerly known as BULWARK PROTECTIVE APPAREL by and through their designated counsel as follows:

    1.    Plaintiff shall disclose experts on or before June 5, 2006;

    2.    Defendants shall disclose experts on or before July 6, 2006;

    3.    The parties shall disclose supplemental experts on or before July 17, 2006.

    4.    The parties shall complete all discovery pertaining to experts on or before August 4, 2006.

Dated: May 15, 2006        LAW OFFICES OF LYLE F. GREENBERG

                      BY: /s/ Lyle F. Greenberg
                             Lyle F. Greenberg
                             Attorneys for Plaintiff

Dated: May 15, 2006        ACKER, KOWALICK & WHIPPLE

                      BY: /s/ Stephen Acker
                             Stephen Acker, Esq.
                             Attorneys for Defendant Ameripride Services,
                             Inc. dba Ameripride Uniform Services

# ORDER

Pursuant to the Stipulation of the Parties and Good Cause Appearing therefor,

***Discovery***

1. The destructive testing of the lab coat and exemplar lab coats shall be completed by May 1, 2006.

2. The parties are ordered to complete all discovery pertaining to experts on or before August 4, 2006.

3. Plaintiff is directed to disclose all expert witnesses, in writing, on or before June 5, 2006. Defendants are to disclose all expert witnesses, in writing, on or before July 6, 2006. The parties are directed to disclose all supplemental expert witnesses, in writing, on or before July 17, 2006.

The written designation of experts **shall be made pursuant to F.R.Civ.P. Rule 26(a)(2), (A) and (B), and shall include all information required thereunder.** Failure to designate experts in compliance with this Order may result in the court excluding the testimony or other evidence offered through such experts that were not disclosed pursuant to this Order.

The provisions of Fed.R.Civ.P. 26(b)(4) shall apply to all discovery relating to experts and their opinions. Experts must be fully prepared to be examined on all subjects and opinions included in the designation. Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony.

IT IS SO ORDERED.

**Dated:     May 22, 2006**                        **/s/ Sandra M. Snyder**
icido3                                              UNITED STATES MAGISTRATE JUDGE